JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gerard La Rocca,<br><br>    Plaintiff,<br><br>  v.<br><br>Gavin Day, et al.,<br><br>    Defendant(s).<br>_____ | SACV 08-01437-JVS(CWx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

   The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:  January 27, 2010

_____

James V. Selna

United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28