1    DAVID J. GARTHE, ESQ. (SBN 52398)
     dgarthe@bjg.com
2    BOORNAZIAN, JENSEN & GARTHE
     A Professional Corporation/File #25802
3    555 12th Street, Suite 1800
     P. O. Box 12925
4    Oakland, CA  94604-2925
     Telephone: (510) 834-4350
5    Facsimile: (510) 839-1897

                             JS-6

6    Attorneys for Defendants
     GAVIN DAY, an individual; SARA
7    SHISLER DAY, an individual;
     AMERICAN BALLET AND
8    CONDITIONING, a DBA of GAVIN DAY
     and SARA SHISLER DAY

9

10                UNITED STATES DISTRICT COURT

         CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

11

12    GERARD LA ROCCA, an individual,      )   Case No.:  SACV08-01437 JVS (CWx)
                                       )
13              Plaintiff,             )   **ORDER OF DISMISSAL**
                                       )
14    vs.                                )
                                       )   Complaint Filed:  December 19, 2008
15    GAVIN DAY, an individual; SARA       )
     SHISLER DAY, an individual; AMERICAN   )
16    BALLET AND CONDITIONING, a DBA of   )
     GAVIN DAY and SARA SHISLER DAY;      )
17    GOLDEN RAIN FOUNDATION OF         )
     LAGUNA WOODS, a California            )
18    Corporation; and DOES 1-100, Inclusive,   )
                                       )
19             Defendants.         )
   _____ )

20

21         Pursuant to stipulation of the parties, by and through their respective counsel, and good

22    cause appearing therefor,

23         IT SO ORDERED.

24

25

26

27

28

[PROPOSED] ORDER FOR DISMISSAL; USDC-Central Dist. Case SACV08-01437 JVS (CWx)

1    The complaint and counterclaim are hereby dismissed with prejudice with each party to

2  bear his, her or its own costs.

3  DATED: March 16, 2010

4

5                                              By: _____

6                                                      Hon. James V. Selna
                                                  UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR DISMISSAL; USDC-Central Dist. Case SACV08-01437 JVS (CWx)